**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00685-CV

### ASSOCIATED AIR CENTER LP, ET AL, Appellants
### V.

### TARY NETWORK LTD. AND CITADELLA INTERNATIONAL GROUP LTD.,
### Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01620**

## ORDER

The April 10, 2015 unopposed motion of appellees Tary Network Ltd. and Citadella International Group Ltd. for immediate issuance of the mandate is **GRANTED**, and the Clerk of the Court is **ORDERED** to issue the mandate immediately.

/s/     MOLLY FRANCIS
          JUSTICE